FILED
CLERK, U.S DISTRICT COURT
AUG 27 2008
rp

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LESAUNDRA JENKINS,<br><br>    Petitioner,<br><br>  v.<br><br>LEE ANN CHRONES,<br><br>    Respondent. | No. CV 07-5774-SGL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8-27-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE